| | |
|---|---|
| 1 | **BOUTIN JONES INC.**<br>Robert D. Swanson (SBN 162816) |
| 2 | Michael G. Cross (SBN 268999)<br>555 Capitol Mall, Suite 1500 |
| 3 | Sacramento, CA 95814-4603<br>Telephone: (916) 321-4444 |
| 4 | Facsimile: (916) 441-7597<br>Email: rswanson@boutinjones.com |
| 5 | Email: mcross@boutinjones.com |
| 6 | Attorneys for Plaintiff Jelly Belly Candy Company |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELLY BELLY CANDY COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WINDWARD BRANDS, an Illinois Corporation,<br><br>Defendant. | Case No. 2:21-cv-00676-MCE-KJN<br><br>**ORDER GRANTING REQUEST TO SEAL**<br><br>Date: June 10, 2021<br>Time: 2:00 p.m.<br>Dept.: Courtroom 7 |

Pursuant to Eastern District of California Local Rule 141, Jelly Belly Candy Company ("Jelly Belly") has applied to this Court for an order permitting it to file under seal certain exhibits to its complaint.

GOOD CAUSE APPEARING, Jelly Belly's request is granted. The Clerk is directed to maintain the unredacted versions of the following documents, submitted by Jelly Belly on or about April 26, 2021, in accordance with the provisions of Local Rule 141(e):

////

////

////

(1) Licensing Agreement dated November 1, 2019, between Jelly Belly and Defendant Windward Brands LLC.

The document(s) shall remain sealed for a period of one year from the date this order is electronically filed, unless the parties seek to extend the sealing order prior to that date.

IT IS SO ORDERED.

Dated: May 14, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE