UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jelly Belly Candy Company,<br><br>    Plaintiff,<br><br>v.<br><br>Windward Brands,<br><br>    Defendant. | Case No. 2:21-cv-00676-MCE-KJN<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Windward Brands

KEITH HOLLAND, CLERK

By: /s/ A. Coll, Deputy Clerk