UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jelly Belly Candy Company , <br><br> Plaintiff, <br><br> v. <br><br> Windward Brands, <br><br> Defendant. | Case No. 2:21-cv-00676-MCE-KJN <br><br> **AMENDED DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant Windward Brands in the amount of $146,537.61.

July 20, 2021  KEITH HOLLAND, CLERK

By: /s/ J. Donati, Deputy Clerk